**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KARA LEGRAND, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:22-CV-0081-ART-CLB<br><br>**ORDER EXCLUDING CASE FROM EARLY MEDIATION PROGRAM** |

　　　Plaintiff, Lausteveion Johnson - Inmate #82138, is a frequent litigator in this Court. Johnson currently has 20 open cases pending before this Court. Since 2010, Johnson has filed no fewer than 53 civil rights actions. Johnson has attended multiple inmate mediations in civil rights cases which have proved both unproductive and unsuccessful. (See 3:12-CV-0301; 3:13-CV-0689; 3:14-CV-0122; 3:14-CV-0303; 2:16-CV-0366; 2:16-CV-1889; 3:16-CV-0693).

　　　The court has reviewed this case and, while not opining on the merits, has determined that it shall be excluded from the inmate mediation program in order to preserve the court's limited resources. An order granting *in forma pauperis* shall issue and this case shall proceed on the normal litigation track.  The parties are free to privately discuss settlement if they so choose.

　　　**DATED**: __May 26, 2022__.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**