# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>KARA LEGRAND, *et al.*,<br><br>          Defendants. | Case No. 3:22-CV-00081-ART-CLB<br><br>**ORDER STAYING PROCEEDINGS AND DENYING WITH LEAVE TO REFILE MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 33] |

This case is currently scheduled for a global settlement conference, which will occur on October 5, 2023. (*See* ECF No. 36.) Based on the upcoming global settlement conference, the Court, in the exercise of its sound discretion finds that a brief stay of these proceedings is appropriate. Additionally, because the Court is staying this case, and for purposes of judicial economy, the Court finds it appropriate to deny with leave to refile, the motion for summary judgment, (ECF No. 33).

Accordingly, **IT IS ORDERED** that this action is **STAYED** until further order of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment, (ECF No. 33), is **DENIED with leave to refile**, upon lifting of the stay if the global settlement conference is unsuccessful.

**IT IS SO ORDERED.**

**DATED**: August 28, 2023.

_____
UNITED STATES MAGISTRATE JUDGE